UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                                 Chapter 13
                                                                       Case No. **19-52142**
      **Jorge Vega**

                                                          APPLICATION FOR COMPENSATION;
                                                          DECLARATION

Debtor(s)                                      /

1.     Debtor(s') attorney,   **Ralph P. Guenther 124245**   , requests the approval of attorney's fees in the sum of $  **7,100.00**  pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $  **0.00**  has been previously paid to Debtor(s)' attorney.

2.     In addition to the basic case, the Debtor(s') case involves:

        **X**   Real property claims
        ___ Compromise plan use
        ___ Certain additional real property: ____ piece(s)
        ___ State or federal tax claims
        **X**   Vehicle loans or leases
        ___ An operating business
        ___ Support arrears
        ___ Student loans
        **X**  25 or more creditors
        ___ Motion to commence or extend the automatic stay

3.     A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4.     All fees are subject to Court approval, whether paid in advance or through the plan.

      I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated:  **October 21, 2019**                               **/s/ Ralph P. Guenther**
                                                                **Ralph P. Guenther 124245**
                                                                Attorney for Debtor(s)